Submitted on petition for review filed June 28, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for further consideration September 8, 1995

In the Matter of the Compensation of
Gayle J. Williams, Claimant.

SAIF CORPORATION
and Southcoast Lumber,
*Petitioners on Review,*

*v.*

Gayle J. WILLIAMS,
*Respondent on Review.*

(WCB 91-10443; CA A76540; SC S42397)

901 P2d 246

David L. Runner, Assistant Attorney General, Salem, filed the petition for petitioners on review. With him on the petition were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in the light of ORS 656.386(1), as amended by Oregon Laws 1995, chapter 332, section 43.